UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

ZOILA IZABEL CASTILLO
RODRIGUEZ,

        *Petitioner,*

v.                                Case No. 3:26-cv-760-JEP-MCR

SECRETARY MARKWAYNE
MULLIN, et al.,

        *Respondents.*

_____/

## ORDER

Petitioner initiated this action through counsel by filing a verified petition for writ of habeas corpus under 28 U.S.C. § 2241 and complaint for emergency declaratory and injunctive relief, in which she challenges her "ongoing and unlawful detention." Doc. 1 at 4, ¶ 7. Petitioner alleges she is a citizen of Guatemala who arrived in the United States as an unaccompanied minor when she was sixteen years old. *Id.* at 2, ¶ 1. Petitioner asserts that she has an asylum application pending and was detained on January 23, 2026. *Id.* at 2, ¶ 2; 3 ¶ 6. According to Petitioner, her detention under 8 U.S.C. § 1225—as opposed to § 1226—violates the Fifth and Fourteenth Amendments. *Id.* at 9, ¶ 28.

With her petition, Petitioner filed an emergency motion for temporary restraining order and preliminary injunctive relief (Doc. 2). Her motion repeats the allegations in her petition. As relief, she requests that the Court enjoin Respondents (collectively, "the Government") from transferring her. *Id.* at 14.

Upon review of the petition and the motion, the Court finds Petitioner fails to show a substantial likelihood of success on the merits. *See Schiavo ex rel. Schindler v. Schiavo,* 403 F.3d 1223, 1225–26 (11th Cir. 2005). As such, the motion is due to be denied.

Accordingly, it is **ORDERED**:

1.     Petitioner's emergency motion for temporary restraining order and for preliminary injunction (Doc. 2) is **DENIED**.[1]

2.     The **Clerk of Court** shall send a copy of the petition (Doc. 1) and this Order by **e-mail** to the United States Attorney for the Middle District of Florida (USAFLM.JAX.Civil.NewCases@usdoj.gov); and by **certified mail** to the Director of Enforcement and Removal Operations, Miami Field Office, 865 S.W. 78th Avenue, Suite 101, Plantation, FL 33324; the Attorney General of the United States, 950 Pennsylvania Avenue NW, Washington, DC 20530; and Sheriff Rick Staly, Flagler County Detention Facility, 1002 Justice Lane,

---

[1] Petitioner's counsel must comply with Local Rule 6.01(c).

Bunnell, Florida 32110. All costs of service shall be advanced by the United States.

3.      Respondents, within **30 days** from the date of this Order, shall respond to the petition and show cause why the petition should not be granted.

4.      If Petitioner is removed from the United States or otherwise released from custody, Respondents must file a notice within **3 days** of Petitioner's change in custody.

5.      The parties must mark for identification all transcripts, briefs, affidavits, and other documentary exhibits and, if more than one, submit a table of contents or index (with a title, description, and date of each document). The Court will strike and return any exhibits that do not comply with these requirements. If a party relies on a deposition, the entire transcript must be filed.

6.      After Respondents file a response, Petitioner shall have **30 days** to file a reply to Respondents' response.

**DONE AND ORDERED** in Jacksonville, Florida, on April 20, 2026.

_____

JORDAN E. PRATT
UNITED STATES DISTRICT JUDGE

3

c:
Counsel of Record

4